IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA J. SCOLMAN,

    Plaintiff,

  v.

BRIAN FOSTER, ANTHONY MELI,
CAPTAIN RADTKE and
PAUL LUDVIGSON,

    Defendants.

Case No. 17-cv-54-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |